# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3663
_____

United States of America

*Plaintiff - Appellee*

v.

Victor Alfonso Leon-Pacheco

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of South Dakota - Western
_____

Submitted: November 26, 2024
Filed: December 3, 2024
[Unpublished]
_____

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Victor Leon-Pacheco appeals after a jury found him guilty of drug charges and the district court[1] sentenced him to 360 months in prison. His counsel has moved to

---

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.

withdraw, and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 38 (1967), arguing that the jury verdict was not supported by sufficient evidence, that the district court erred in determining that Leon-Pacheco was a career offender, and that the within-Guidelines sentence was substantively unreasonable.

Upon careful review of the record, we conclude that the government presented sufficient evidence at trial to support the jury's guilty verdict. <u>See</u> <u>United States v. Reichel</u>, 911 F.3d 910, 915-16 (8th Cir. 2018). We also conclude that the district court did not err in ruling that Leon-Pacheco was a career offender. <u>See</u> <u>United States v. Rivera</u>, 76 F.4th 1085, 1088-91 (8th Cir. 2023); <u>United States v. Mendoza-Figueroa</u>, 65 F.3d 691, 692-94 (8th Cir. 1995) (en banc). Further, the sentence imposed was not substantively unreasonable, as the record reflects that the court properly calculated the Guidelines range and considered the appropriate sentencing factors. <u>See</u> <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014); <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc).

We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we grant counsel leave to withdraw and affirm.

_____